# United States District Court for the Western District of Tennessee

**Joseph M Miller,**

**Plaintiff,**

**V**

**City Of Memphis**

**Defendants.**

Civil Warrant No. RECEIVED

MAY 16 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

**PLAINTIFF'S RESPONSE TO DEFENDANTS' CLAIM DENIAL**

The Plaintiff, Joseph M Miller. Has Telephone Records, Text Messages and Voice mail. (901-282-4941 cell) (901-207-3082 Home) Xfinity. There is proof of negligence of liability for the claim for racism/discrimination and refusal of services. False or Misleading Statement of Fact. Voicemail is on YouTube https://youtu.be/leK1sGilFO4

**INTRODUCTION Plus DISCOVERY**

The City of Memphis is racists They do not service the black community like they service the white community. That leaves the African American people in jeopardy Cause the City is not going to Service you Black Lives Matter in all areas of Memphis

I filed a report 2 months before I was arrested. The Resident family member called and said she was over my property 5 months before i was arrested and the Dogs were not getting taken care of.

The Civil Rights Division enforces federal laws that protect you from discrimination based on your race, color, national origin, disability status, sex, religion, familial status, or loss of other constitutional rights.

(((((((The City of Memphis refuses to do business with me. They DID not pick up my dogs because I'm a African American Male)))))))))
But THEY WILL ARREST YOU

Color of law refers to an appearance of legal power to act that may operate in violation of law. For example, if a police officer acts with the "color of law" authority to arrest someone, the arrest, if it is made without probable cause, may actually be in violation of law.

In United States law, the term color of law denotes the "mere semblance of legal right," the "pretense or appearance of" right; hence, an action done under color of law adjusts (colors) the law to the circumstance, yet said apparently legal action contravenes the law.[1][2] Under color of authority is a legal phrase used in North America[3] indicating that a person is claiming or implying the acts they are committing are related to and legitimized by his or her role as an agent of governmental power.

Color of law refers to an appearance of legal power to act that may operate in violation of law. For example, if a police officer acts with the "color of law" authority to arrest someone, the

arrest, if it is made without probable cause, may actually be in violation of law. In other words, just because something is done with the "color of law" does not mean that the action was lawful. When police are suspected of acting outside their lawful authority and violating the civil rights of a citizen, the FBI may be tasked with investigating.[2]

The US Supreme Court has interpreted the US Constitution to construct laws regulating the actions of the law enforcement community. Under "color of law," it is a crime for one or more persons using power given by a governmental agency (local, state or federal), to deprive or conspire willfully to deprive another person of any right protected by the Constitution or laws of the United States. Criminal acts under color of law include acts within and beyond the bounds or limits of lawful authority. Off-duty conduct may also be covered if official status is asserted in some manner. Color of law may include public officials and non-governmental employees who are not law enforcement officers such as judges, prosecutors, and private security guards.[2]

Deprivation of rights under color of law

Further information: Persecution and Farmer v. Brennan

The deprivation of rights under color of law is a federal criminal offense which occurs when any person, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person on any U.S. territory or possession to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens (18 U.S.C. § 242). When two or more persons conspire to prevent the exercise of constitutional rights, or to punish an individual for having exercised them, it is deemed a conspiracy against rights (18 U.S.C. § 241). The death penalty is applicable in extreme cases when the crimes cause the death of the individual being deprived of statutory or constitutional rights.[2] Remedy by civil action is also possible: 42 U.S.C. § 1983.

Racial profiling

Racial profiling is based on stereotypical assumptions because of one's race, color, ethnicity, etc. Criminal profiling, on the other hand, relies on actual behavior or on information about suspected activity by someone who meets the description of a specific individual.

2021 Tennessee Code

Title 38 - Prevention and Detection of Crime

Chapter 1 - Miscellaneous Provisions

Part 5 - Racial Profiling Prevention Act

§ 38-1-503. Adoption of Written Policy Prohibiting Racial Profiling

Universal Citation: TN Code § 38-1-503 (2021)

Each law enforcement agency shall adopt a written policy that prohibits racial profiling by its employees. Each agency shall adopt its written policy on or before January 1, 2016.

Universal Citation: TN Code § 38-1-501 (2021)

This part shall be known and may be cited as the "Racial Profiling Prevention

Universal Citation: TN Code § 38-1-502 (2021)

As used in this part:

"Law enforcement agency":

Means a lawfully established state or local public agency that:

Is responsible for preventing and detecting crime and enforcing laws or local ordinances; and

Has employees who are authorized to make arrests for crimes while acting within the scope of their authority; and

Includes an institution considered a "law enforcement agency" pursuant to § 49-7-118; and

"Racial profiling" means the detention or interdiction of an individual in traffic contacts, field contacts, or asset seizure and forfeiture efforts solely on the basis of the individual's actual or perceived race, color, ethnicity, or national origin.

Racial discrimination is any discrimination against any individual on the basis of their skin color, race or ethnic origin. Individuals can discriminate by refusing to do business with, socialize with, or share resources with people of a certain group.

(((((((The City of Memphis refuses to do business with me. They DID not pick up my dogs because I'm a African American Male)))))))))

Penal Code section 422.6, subdivision (a), makes it unlawful to, by force or threat of force, oppress, injure, intimidate, or interfere with any other person the free exercise or enjoyment of any right secured by the state or federal government because of other person's race, color, religion, ancestry, national origin, ...

LII U.S. Code Title 31 SUBTITLE V CHAPTER 67 § 6711

31 U.S. Code § 6711 - Prohibited discrimination

(a)General Prohibition. —

No person in the United States shall be excluded from participating in, be denied the benefits of, or be subject to discrimination under, a program or activity of a unit of general local government

because of race, color, national origin, or sex if the government receives a payment under this chapter.

(b)Additional Prohibitions. —The following prohibitions and exemptions also apply to a program or activity of a unit of general local government if the government receives a payment under this chapter:

(1)A prohibition against discrimination because of age under the Age Discrimination Act of 1975.

(2)A prohibition against discrimination against an otherwise qualified handicapped individual under section 504 of the Rehabilitation Act of 1973.

(3)A prohibition against discrimination because of religion, or an exemption from that prohibition, under the Civil Rights Act of 1964 or title VIII of the Act of April 11, 1968 (popularly known as the Civil Rights Act of 1968).

(c)Limitations on Applicability of Prohibitions. —

Subsections (a) and (b) do not apply if the government shows, by clear and convincing evidence, that a payment received under this chapter is not used to pay for any part of the program or activity with respect to which the allegation of discrimination is made.

(d)Investigation Agreements. —The Secretary shall try to make agreements with heads of agencies of the United States Government and State agencies to investigate noncompliance with this section. An agreement shall—

(1) describe the cooperative efforts to be taken (including sharing civil rights enforcement personnel and resources) to obtain compliance with this section; and

(2) provide for notifying immediately the Secretary of actions brought by the United States Government or State agencies against a unit of general local government alleging a violation of a civil rights law or a regulation prescribed under a civil rights law.

(Added Pub. L. 103–322, title III, § 31001(a), Sept. 13, 1994, 108 Stat. 1874.)

## RELIEF

$20,000.000.00 USD

(Money) Proceeds, of this case will be spent By Joseph M Miller for the City of Memphis Violations committed against Joseph M Miller

**INTRODUCTION**

The plaintiff, Joseph Miller, was arrested by Memphis Police Department because of the negligence of the Memphis animal service. Since Oct. 18, 2022, Joseph M Miller has filed several reports from two different telephone numbers. Mr. Miller has text messages and voicemails to confirm. Memphis Animal Services failed to investigate the dog pick up adequately and with due diligence", and those officers failed "to use existing evidence on the seen in a timely basis" to Stop the arrest that MAS representative, Delph #080 filed a police report December 31, 2022, against me for failing to report the dogs. A resident Family member was the one to call the police to my house that day. Memphis Animal Services failed to prevent me and my girlfriend from getting arrested by lying stating they had no recollection of us ever calling or filing a report about a dog in my yard needs to get pick up in their system by my telephone number

**PLAINTIFF MEETS THE STANDARD FOR A COMPLAINT UNDER**

False advertising is an actionable civil claim under Section 43(a) of the Lanham Act. A party who successfully sues for false advertising may be entitled to either damages or injunctive relief

False or Misleading Statement of Fact

Two types of advertising claims are actionable under the Lanham Act: (1) statements that are literally false; and (2) statements that are literally true, but likely to mislead, confuse, or deceive.

shall be liable in a civil action by any person who believes that he or she is or is likely to be damaged by such act.

41 U.S.C. § 1125
The Lanham Act

15 U.S. Code § 54 - False advertisements; penalties

15 U.S. Code § 1125 - False designations of origin, false descriptions, and dilution forbidden
This is false advertisement, and miss leading services never proceeded to come to my house and pick up my dogs properly I called back from Two Different numbers. Leave a sticker alert on the door, nothing. The defendant must act under the highest burden of due diligence to ensure that the Consumer is served "as quickly as possible."

That's violation 15 USC § 1125 False advertising claims under the Lanham Act also fall under 15 U.S.C. § 1125(a).

Which records are not subject to the federal Freedom of Information Act?

The FOIA does not apply to records of the Congress and legislative branch agencies, records of the federal courts and judicial branch agencies, records of the President while in office, donated presidential materials of Presidents Hoover through Carter, and the Nixon presidential materials governed by the Presidential

The Freedom of Information Act, or FOIA (5 U.S.C. 552, as amended), provides any person with the statutory right to request information from executive branch agencies of the U.S. Government. This right of access is subject to nine statutory FOIA exemptions, which provide agencies the authority to withhold records in whole or in part. FOIA requesters may appeal any such withholding, or other adverse decision, back to the agency and may also file a lawsuit to seek redress in federal court. Before going to court, requesters are encouraged to contact the agency's FOIA Public Liaison at any time for assistance and to utilize mediation services offered by the Office of Government Information Services (OGIS).

Five Day Response Requirement

State and local government agencies are required by RCW 42.56.520 to respond to a public records request within five business days of receiving the request by doing one of the following:

Providing for inspection and/or copying of the records requested.

Providing an internet address and link to the specific records requested on the agency's website. If the individual does not have internet access, then the agency must provide copies or allow the requester to view the records using an agency computer.

Acknowledging receipt of the request and providing a reasonable estimate of the time necessary to respond.

Acknowledging receipt of the request and requesting clarification for a request that is unclear and providing, to the greatest extent possible, a reasonable estimate of time necessary to respond if the request is not clarified. If the requestor does not respond to the agency's clarification request and the entire request is unclear, an agency need not further respond to the request. If portions of the request are clear, however, the agency must respond to those portions.

Denying the request. If a request is denied, a written statement must accompany the denial setting out the specific reasons for the denial.

I was Incarceration for 5 days straight I asked Memphis animal service to look up the records of me calling and filing a report so I can get out of jail they did not approve my request.

**RELIEF**

$3,000,000 for Violation of 28 U.S. Code § 4101

A slander lawsuit is a lawsuit you can file after someone defames you. Defamation occurs when someone makes a false statement of fact to a third party and causes you harm as a result. Defamation is a tort, which means it is a civil wrong, so you can file suit to obtain monetary damages from the person who committed it

Up to $40,000 for each person for each violation under law FTC

$2,000,000 Each person For Pain and Suffering Damages, emotional distress following an accident that was due to someone else's negligence.

$1,000,000 Each person For Refusing or Delaying a Emergency Call Can Be Considered Negligence In Some Cases. If someone doesn't adhere to an

expected standard of conduct, it may be possible to hold them liable for the injuries they caused to another, according to the legal theory of **negligence**

$1,000,000 For Violation of the The Lanham Act

$10,000,000 For State and local government agencies are required by RCW 42.56.520 to respond to a public records request within five business days

Most of these violations will be held in a State or Federal Court.

(Money) Proceeds, of this case will be spent on an Attorney / Lawyer to file Federal and State charges on the extra violations That the City of Memphis committed against Joseph M Miller

ADDRess

Joseph M. MilleR
4132 RHodes Ave
Memphis, TN 38111

901-463-3578 ceLL
901-207-3082 HoMe

10:18

Sent

From: Joseph Miller
To: faith.watson@memphistn.gov
February 26, 2023 at 4:11 PM

## Description

I'm the victim Joseph Miller and my Girlfriend when we was arrested by Memphis Police Department because of the negligence of the Memphis animal service by I have file several reports from two different telephone numbers I have text and voicemail to confirm that MAS representative, Delph #080 filed a police report December 31, 2022, against me for failing to report the dogs

Memphis Animal Services failed to prevent me and my girlfriend from getting arrested by lying saying they had no recollection of us calling or filing a report .

The lawsuit reads that "Memphis Animal Services failed to investigate the dog pick up adequately and with due diligence", and that officers failed "to use existing evidence on a timely basis" to Stop the arrest of me and my Girlfriend "

False or Misleading Statement of Fact

GENERAL SESSIONS CIVIL
MAR 1 '23 PM 1:2

7:03

< Sent

**Joseph Miller** Yesterday
To: faith.watson@memphistn.gov >

# Joseph Miller

I want $40,000 for me and my girlfriend $80,000

11:06 5G+ 78

News Videos Books Images Shopping Maps

The Federal Trade Commission (FTC), a federal agency charged with protecting consumers, can collect civil penalties **up to $40,000**. But some states let consumers collect statutory penalties.

https://www.classlawgroup.com › la...

Suing for False Advertising: Lawsuits & Penalties - Gibbs Law Group

About featured snippets Feedback

GENERAL SESSIONS CIVIL
MAR 3 '23 PM1:2

**hitlots.com email verification**

6:07

Done pissedconsumer.com AA




I called Memphis animal service October 19 of last year to come pick up my dogs they never came to my house they never called. I was arrested cause my exgirlfriend, mother. Call the police on me about the dogs welfare I have filed a lawsuit and see if we can courtroom seeking benefit funds for me about not picking the dogs up on time I called 901-545-cops

| | |
|---|---|
| Pros | Dont come and pick up your dogs |
| Cons | Not good |
| Loss | 1000 |
| Preferred solution | 4 million dollars for the four days I did in jail |

GENERAL SESSIONS CIVIL
MAR 3 '23 PM1:2

4:48 42%

2:23 PM • Oct 18, 2022

00:05

No Transcript Available

CITY OF MEMPHIS
(901) 636-1416
TENNESSEE

Options

## Description

**Defamation of character and racism** OBJ

| 1 | 18 | Jan 9 |
|---|---|---|
| Likes | Views | 2023 |

Gone take me to jail, Memphis animal services The White Lady said I have no recollection of you calling MSA your phone number is not in our system OBJ. I was wrongfully arrested. OBJ

## Transcript

Follow along using the transcript.

Show transcript



**Jolo Milla Clothing Line**
8 subscribers

You can loop videos for endless replays

SHOW ME

# 2169522 3/1/23

7:16

Actions ⌄ Filter By ⌄

Answered • Verified
10:21 AM • Oct 21, 2022
**Duration:** 32s

**CITY OF MEMPHIS**
(901) 636-1416
MEMPHIS, TN
Answered
9:08 AM • Oct 21, 2022
**Duration:** 57s

Options

**WIRELESS CALLER**
(901) 282-4941
MEMPHIS, TN
Answered • Verified
2:58 PM • Oct 20, 2022
**Duration:** 1m 39s

Options

**9015452677**
(901) 545-2677
MEMPHIS, TN USA
Placed
12:32 PM • Oct 20, 2022
**Duration:** 1m 10s

Options

NERAL SESSIONS CIVIL
MAR 3 '23 PM1:2

AA connect.xfinity.com

4:53 5G 100

Edit **Messages**

Joseph is 4 months overdue for a routin...

**Felica** 1/1/23
Attachment: 1 Image

**+1 (901) 351-3539** 12/28/22
2723 Castleman street 38118

**+1 (901) 437-8058** 12/23/22
Yes

**Colin** 12/18/22
Attachment: 1 Image

**+1 (844) 417-9390** 12/9/22
We noticed that you have not used your FREE service in 15 days. Federal guidelin...

**+1 (865) 306-0985** 12/1/22
Attachments: 6 Images

**+1 (833) 785-6850** 11/18/22
From Cintex Wireless. JOSEPH MILLER, Phone Number: 9014383475...

**+1 (901) 493-0589** 11/5/22
We don't want anything to do with here you can have that lazy bitch

**+1 (833) 727-0712** 10/20/22
Ok

3/9/23

3:59

+1 (833) 727-0712

Text Message
Wed, Oct 19 at 11:03 AM

Memphis Animal Services has been notified of your concern about the welfare of a pet in your neighborhood. Please know this is high priority call for us, and we will be there to investigate as quickly as we can. If you feel the pet in question does not have access to adequate food shelter or water, please do not provide these items before we arrive as it would affect our investigation. Only intervene if you feel the pet will not survive until we arrive, and then please take pictures of what you see before providing those items.

Thu, Oct 20 at 11:27 AM

Ok

GENERAL SESSIONS CIVIL
MAR 3 '23 PM1:2!

CIVIL
M1:2

City of Memphis
TENNESSEE

JIM STRICKLAND
MAYOR

CITY ATTORNEY

CLAIMS & RISK MANAGEMENT

2 May 2023

**Joseph M. Miller**
**4132 Rhodes Avenue**
**Memphis, TN 38111**

RE: **Joseph M. Miller** vs. City of Memphis
Claim Number: **CLM008403-032823**

DOL: 12/31/2022

Dear Mr. Miller,

Your claim regarding the above referenced matter filed against the City of Memphis has been investigated. There is no proof of negligence or liability for your claim for racism/discrimination and refusal of services. Photographs and documents from the Memphis Animal Shelter indicate the two dogs belonging to you were neglected which caused your subsequent arrest by the Memphis Police Department without incident. Additionally, there are no records showing any contact with the Memphis Animal Shelter to retrieve the two dogs from your home prior to your arrest as alleged.

For that reason(s), we must respectfully deny your claim.

Should you have any questions, please feel free to contact us at (901) 636-6532.

Sincerely,

*Vera Robinson-Pope*

Vera Robinson-Pope,
Claims Analyst
City of Memphis Claims Department

GENERAL SESSIONS CIVIL
JAN 4 '23 AM11:11

# State of Tennessee, County of Shelby

**CIVIL WARRANT NO.** 2169525

**To Any Lawful Officer to Execute and Return:**
Summon to appear before the Court of General Sessions of Shelby County, Tennessee, Room 106 Shelby County Courthouse, 140 Adams Ave., Memphis, Tennessee

Memphis ANiMaL seRvices
Defendant Defendant Defendant
2350 AppLiNg City Cove, Mem TN 38133
Address Address Address

on DAY_____ DATE_____ 20__ TIME_____ A.M. / P.M.

to answer in a civil action brought by the Plaintiff (s) Joseph M MilleR

for DefaMation of CharacteR 12/31/22

under Dollars

Issued this _____ day of _____ 20__

Joe W. Brown, Clerk of General Sessions Court

By_____
Deputy Clerk

Atty. For Plft. Joseph M MilleR
Address 4132 RHodes Ave 38111
Phone 901-282-4941
Code No.
B.P.R. No.

**JUDGMENT**

_____ Judgment for _____

_____ and Cost of suit and litigation taxes, for which Execution may issue.

This _____ day _____ 20__

Judge of Division _____

**SERVICE**

Came to hand same day issued and executed as commanded on _____

This _____ day of _____ 20__
Sheriff/Process Server

Came to hand same day issued and executed as commanded on _____

This _____ day of _____ 20__
Sheriff/Process Server

***SEE OTHER SIDE FOR ADDITIONAL SERVICE****
****AND NOTICE TO DEFENDANT(S)****

MEMPHIS
SERVICES

# IMPOUNDMENT FEE ACKNOWLEDGMENT

*Reference: City of Memphis Ordinance Sec. 8-16-7- Impoundment and redemption of dogs and Sec. 8-16-11- Impoundment and redemption of cats. (Code 1967, § 7-41; Code 1985, § 5-61; Ord. No. 3189, § 1, 3-9-1982; Ord. No. 3973, § 1(4), 6-26-1990; Ord. No. 4247, § 3, 4-5-1994; Ord. No. 4506, § 1, 9-16-1997; Ord. No. 5214, §§ 1, 11, 9-7-2007; Ord. No. 5433, § 1, 1-3-2012) (Ord. No. 5214, § 13, 9-7-2007; Ord. No. 5433, § 1, 1-3-2012)*

Animal Owner: Joseph Miller

Activity Number: A22027001

# of Animals Impounded: 2 Date: 12/31/22

In order to reclaim your pet(s), Memphis Animal Services requires that you pay the ordinance-mandated impound fee within 72 hours of impoundment or the animal (s) becomes City of Memphis property.

## FEES ARE AS FOLLOWS:

***Altered Animal** (if you can provide proof your pet is spayed or neutered)*
**$40 per animal**

***Unaltered Animal** (if you cannot provide proof your pet is spayed or neutered)*
**$80 per animal**

Payment according to the fee schedule provided above must be made in person at Memphis Animal Services before the following date or ownership rights will be forfeited. Regardless of outcome in court, these fees are non-refundable.

## PET'S REVIEW DATE

*The pet will become eligible for adoption or euthanasia if impound fees haven't been paid by this date. If you want to pay impound fees and reclaim pet after this date, check with shelter to see if pet is still available:*

1/4/23

Owner Signature: [signature]

MAS Representative Signature: J. Delph #080

1265

CITY OF MEMPHIS

# Environmental Court Animal Services Summons

IN THE GENERAL SESSIONS CRIMINAL COURT, DIVISION 14

In response to ___ patrol or X complaint, the undersigned certifies to have just and reasonable grounds to believe, and does believe that:

ON THE 21st DAY OF December, 20 22 AT 3:[illegible] AM/PM

AT THE FOLLOWING LOCATION: 4132 Rhodes Ave. 38111
(# Street Apt. # Zip)

DEFENDANT: Miller Joseph M
(Last First MI)

DEFENDANT'S ADDRESS: 4132 Rhodes Ave 38111
(# Street Apt. # Zip)

**DEFENDANT DESCRIPTION**

DL#: [illegible]
DOB: [illegible]
Race: [illegible]
Gender: M
Phone#: [illegible]

DID COMMIT THE FOLLOWING OFFENSE:

| | | |
|---|---|---|
| ☐Sec. 5-57 No dog license X__ | ☐Sec. 5-2 General maintenance reqs. | ☐Sec. 5-64 Dangerous/vicious dog |
| ☐Sec. 5-57(a) No rabies tag X__ | ☒Sec. 5-6 Cruelty to animals X__ | ☒ Other: Sec: [illegible] |
| ☐Sec. 5-83 Spay/neuter violation X__ | ☐Sec. 5-60 Dogs at large X__ | ☐ Other: Sec:_______ |

AND THE REASON FOR BELIEVING THE DEFENDANT COMMITTED SAID OFFENSE IS AS FOLLOWS:

The defendant had two dogs [illegible] in the backyard. Both dogs were [illegible]. The dogs did not have access to food or shelter. There was one metal bowl accessible containing contaminated water. The defendant admitted he knew his dogs were sickly and did not seek vet care. A resident's family ~~[illegible]~~ weight over 5 months ago. The dogs were confiscated. The defendant was arrested.

J. Delph #1080
Animal Services Officer

_______________
Animal Services Officer

Approved By:

_______________

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE THE JUDGE OF GENERAL SESSIONS CRIMINAL COURT, DIV. 14, AT THE FOLLOWING COURT:

| ☐Frayser | ☐Hickory Hill | ☐Orange Mound | ☐Whitehaven | ☐Cordova | ☐Downtown |
|---|---|---|---|---|---|
| 3773 Old Allen Road | 3910 Ridgeway Rd. | 2572 Park Ave. | 4225 Airways | 8505 Trinity Rd. | 201 Poplar, 10th FL |
| Memphis, TN 38128 | Memphis, TN 38115 | Memphis, TN 38111 | Memphis, TN 38116 | Memphis, TN38018 | Memphis, TN 38103 |
| (1st & 3rd Tues.) | (2nd & 4th Thurs.) | (3rd Thurs.) | (2nd & 4th Tues.) | (1st Thurs.) | (Wednesdays) |

COURT DATE:
ON THE 4th DAY OF January, 20 23, AT 1:30 PM.

I HEREBY AFFIX MY SIGNATURE WITH THE UNDERSTANDING THAT SUCH IS NOT A PLEA OF GUILTY, BUT TO CERTIFY THAT I RECEIVED A COPY OF THIS SUMMONS AND AGREE TO APPEAR AT THE INDICATED PLACE AND TIME. I UNDERSTAND THAT <u>FAILURE TO APPEAR MAY RESULT IN A WARRANT ISSUED</u> FOR MY ARREST.

_______________
SIGNATURE OF DEFENDANT

**White – Court Clerk**
**Yellow – Shelter**
**Pink - Owner**

3:34 49%

MAYOR Jim Strickland

# I NEED HELP WITH MY PET

HOMEPAGE ANIMAL SERVICES
I NEED HELP WITH MY PET

Print Screen

These services are funded through grants and donations and are specifically intended for pet owners who are unable to provide these resources on their own. We ask that if you do not need assistance, you do not use these resources as it could prevent others from accessing them if funding were to run out.

**REQUEST HELP TO KEEP YOUR PET**

*If this is an emergency, like the pet is in need of immediate medical care or is a threat to public safety, please call 901-545-COPS immediately. If human lives are in danger, please call 911.*